NO. 07-05-0470-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 20, 2006

_____

In the Matter of A. G., Jr.

_____

FROM THE 364th DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2005-761,677; HON. BRADLEY S. UNDERWOOD, PRESIDING

_____

***MEMORANDUM OPINION***

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant A. G., Jr. filed a notice of appeal on December 30, 2005. However, he did not pay the $125 filing fee required from appellants under Texas Rule of Appellate Procedure 5. Nor did he file an affidavit of indigence per Texas Rule of Appellate Procedure 20.1. By letter from this Court dated January 3, 2006, we informed appellant that "the filing fee in the amount of $125.00 has not been paid. Failure to pay the filing fee within ten (10) days from the date of this notice may result in a dismissal." TEX. R. APP. P. 42.3(c); *see Holt v. F. F. Enterprises*, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref'd). The deadline lapsed, and the fee was not received.

Because appellant failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam